UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOLOS ANALYTICS, LLC, | ) ) ) | No. 25 C 1964 |
| Plaintiff-Relator, | ) ) | Chief Judge Kendall |
| v. | ) ) | |
| CROSSROADS CARE CENTER OF FOND DU LAC LLC, *et al.*, | ) ) ) | **FILED IN CAMERA AND UNDER SEAL** |
| Defendants. | ) ) | |

## ORDER

The court having considered relator Dolos Analytics, LLC's notice of voluntary dismissal without prejudice of this action brought under the False Claims Act, and the United States' notice of its written consent to the requested dismissal pursuant to 31 U.S.C. § 3730(b)(1) of the Act:

IT IS ORDERED that,

1.      This action is dismissed without prejudice as to the United States and Dolos Analytics, LLC; and

2.      The seal shall be lifted on the relator's complaint and notice of voluntary dismissal, on the United States' notice of written consent to the dismissal, and on this order.  All other contents of the court's file in this action shall remain under seal and not be made public.

E N T E R:

Chief Judge Kendall
United States District Court

Dated: 5/26/2026